# Court of Appeals
# of the State of Georgia

ATLANTA,  November 26, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0354.  IN RE: T .F. T et al., CHILDREN (FATHER).**

Appellant father has filed various motions in the above-styled case, including a motion to exceed word limit, a motion for extension to file reply brief, and a motion to strike transcript. The crux of these motions take issue with the fact that father was unaware of the existence of a transcript of a March 24, 2025 hearing wherein the trial court granted a petition for adoption and to terminate parental rights filed by the step-father of father's biological children.[1] Under the circumstances, and because it appears that father was advised that no such transcript existed when he filed his appeal, it is hereby ORDERED that this case be REMANDED to the trial court. Upon remand, the trial court clerk is instructed to mail a copy of the March 24, 2025 transcript to father, and to file proof of receipt of the transcript. Father shall then have 30 days

---

[1] Father is incarcerated and did not attend the hearing. In his motion to strike the transcript, father contends that he was repeatedly told by the lower court clerk that no transcript existed, and that unbeknownst to him — and after he filed an amended notice of appeal indicating that no transcript was filed in the case — the transcript was filed in this Court.

following the filing of such proof within which to re-institute his appeal by filing a new Notice of Appeal in the trial court.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,___11/26/2025_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*